UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO VILLARON, an individual,<br><br>　　　　　Plaintiff,<br>vs.<br><br>FORD MOTOR COMPANY, A Delaware Corporation; and DOES 1 through 20, inclusive<br><br>　　　　　Defendants. | Case No: 2:20-cv-08580-AB-KS<br>Dist Judge André Birotte Jr<br>Mag Judge Karen L. Stevenson<br>Courtroom: 7B<br><br>[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE |

    The Court has reviewed the Joint Stipulation for Order Dismissing the Action with Prejudice, and hereby orders as follows:

    The parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    **IT IS SO ORDERED.**

DATED: __April 30, 2021_____ By: _____
　　　　　　　　　　　　　　　　Honorable André Birotte, Jr.